1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARYL ANTHONY HICKS,                          Case No.  2:22-cv-0095-DJC-JDP (P)

12                       Plaintiff,

13            v.                                    ORDER

14   RUSSELL,

15                       Defendant.

16

17          Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights

18   action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 7, 2025, the Magistrate Judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that

22   any objections to the findings and recommendations were to be filed within fourteen

23   days.  Neither party has filed objections to the findings and recommendations.

24          Although it appears from the file that Plaintiff's copy of the findings and

25   recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's

26   responsibility to keep the Court apprised of his current address at all times.  Pursuant

27   to Local Rule 182(f), service of documents at the record address of the party is fully

28   effective.

                                              1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 7, 2025, are adopted in full; and

2.  Plaintiff's motion for reconsideration, ECF No. 64, is DENIED.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE